1

**STANDING ORDER**

2

3      1.      Civil Law and Motion is heard on Fridays, at 9:30 a.m.  Criminal Law and Motion is

4  heard on Fridays, at 10:30 a.m.  Counsel need not reserve a hearing date in advance for civil motions.

5  However, noticed dates may be reset as the Court's calendar requires.

6

7      2.      Case Management and Pretrial Conferences are heard on Fridays, at 1:30 p.m. Case

8  Management Conferences will no longer be recorded, unless requested by the parties.

9

10      3.      In cases that are randomly assigned to Judge Spero for all purposes, a Consent to

11  Proceed before a U.S. Magistrate Judge and a Declination to Proceed Before a Magistrate Judge

12  And Request For Reassignment to a United States District Judge Forms will be mailed to all parties.

13  The parties are requested, within two weeks from receipt of the form, to complete and file the form

14  indicating their consent or request for reassignment to a District Judge.

15

16      4.      Parties with questions regarding scheduling of settlement conferences should contact

17  Judge Spero's secretary, Mary Ann Macudzinski-Gomez, at (415) 522-3691.  All other scheduling

18  questions should be addressed to Judge Spero's courtroom deputy, Karen Hom, at (415) 522-2035.

19

20      5.      Discovery motions may be addressed to the Court in three ways.  A motion may be

21  noticed on not less than thirty-five (35) days notice pursuant to Civil L.R. 7-2.  Alternatively, any party

22  may seek an order shortening time under Civil L.R. 6-3 if the circumstances justify that relief.  In

23  emergencies during discovery events (such as depositions), the Court is available pursuant to Civil

24  L.R. 37-1(b).  In the event a discovery dispute arises, counsel for the party seeking discovery shall in

25  good faith confer **in person** with counsel for the party failing to make the discovery in an effort to

26  resolve the dispute without court action, as required by Fed. R. Civ. P. 37 and Civil L.R. 37-1(a).

27  The meeting must be **in person**, except where good cause is shown why a telephone meeting is

28  adequate.  A declaration setting forth these meet and confer efforts and the final positions of each

1    party shall be included in the moving papers. The Court will not consider discovery motions unless the

2    moving party has complied with Fed. R. Civ. P. 37 and Civil L.R. 37-10(a).

3

4         6.      In all "e-filing" cases, when filing papers in connection with any motion for

5    determination by a judge, the parties shall, in addition to filing papers electronically, lodge with

6    chambers a printed copy of the papers by the close of the next court day following the day the papers

7    are filed electronically. **These printed copies shall be marked "Chambers Copy" and shall be**

8    **submitted directly to Magistrate Judge Spero's chambers in an envelope clearly marked with**

9    **the judge's name, case number and "E-Filing Chambers Copy." Parties shall not file a paper**

10    **copy of any document with the Clerk's Office that has already been filed electronically.**

11

12         7.      Any proposed stipulation or proposed order in a case subject to electronic filing shall

13    be sent by email to **jcspo@cand.uscourts.gov.** This address is to be used only for proposed orders

14    unless otherwise directed by the Court.

15       IT IS SO ORDERED.

16

17    Dated: February 26, 2003

18                            /s/ Joseph C. Spero
                                 JOSEPH C. SPERO

19                                  United States Magistrate Judge

20

21

22

23

24

25

26

27

28