UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARIA ABRAHIM

CASE NO. C07 4014 JCS

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

ESIS, INC., et al.

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference November 9, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
| --- | --- | --- | --- |
| Marlene S. Muraco | Defendants, ESIS, Inc., Ace American Insurance Company | (408) 998-4150 | mmuraco@littler.com |
| Constantin V. Roboostoff | Plaintiff, Maria Abrahim | (415) 732-0282 | cvrl@earthlink.net |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 10/19/07

/s/Constantin V. Roboostoff
Attorney for Plaintiff

Dated: 10/19/07

/s/Marlene S. Muraco
Attorney for Defendant

Rev 12.05