# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.  C 07-04014 JCS**

**CASE NAME:  MARIA ABRAHIM v. ESIS INC.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: November 9, 2007     **TIME: 35 mins** | **COURT REPORTER**: <u>Not Recorded</u> |
| **COUNSEL FOR PLAINTIFF:** <br> Constantin V. Roboostoff | **COUNSEL FOR DEFENDANT:** <br> Marlene S. Muraco |

| PROCEEDINGS: | RULING: |
|---|---|
| 1. Initial Case Management Conference | Held. |

**ORDERED AFTER HEARING:**

Parties shall exchange initial disclosures by 11/16/7, and Dft shall file their Motion To Compel Arbitration.
Parties are referred to Court's ADR program for Mediation, to occur within 90 days, and participation at Mediation is not a waiver of any right to Compel Arbitration and neither is providing initial disclosures.
No depositions shall be taken before the Mediation. Any written discovery that is propounded or responded too is without prejudice to anybody's right to enforce the arbitration agreement and compel arbitration.

**ORDER TO BE PREPARED BY:**     () Plaintiff     () Defendant     (X) Court

**CASE CONTINUED TO:**   01/11/08 at 9:30 a.m., for oral argument on Dft's Motion to Compel Arbitration, and a further case mgmt conference.

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**   at 9:30 a.m. | | **Pretrial Conference:**   at 1:30 p.m. |
| **Trial Date:**   at 8:30 a.m.  ()Jury   ()Court   Set for   days | | |

cc:     Chambers; Karen, ADR
* (T) = Telephonic Appearance