UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ABRAHIM,<br><br>        Plaintiff(s),<br><br>  v.<br><br>ESIS INC.,<br><br>        Defendant(s).<br>_____/ | Case No. C-07-04014 JCS<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

Following a case management conference held on **November 9, 2007,**

IT IS HEREBY ORDERED THAT:

1. Parties shall exchange initial disclosures by **November 16, 2007.** Exchanging initial disclosures, and any written discovery that is propounded or responded to by any party, is without prejudice to any party's right to enforce the arbitration agreement and compel arbitration.

2. Defendant may file their Motion to Compel Arbitration with oral argument set for **January 11, 2008, at 9:30 a.m.** The Court advises the parties that, depending on the Court's calendar, this hearing date may be moved.

3. Parties are referred to the Court's ADR program for Mediation, to occur within ninety (90) days. Participation in the Mediation is not a waiver of any right to compel arbitration. The parties shall notify the Court if the case settles at the Mediation.

4. No depositions shall be taken before the Mediation.

5. A further case management conference is set for **January 11, 2008, at 9:30 a.m.,** following oral argument on Defendant's Motion to Compel Arbitration.

IT IS SO ORDERED.

Dated: November 19, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge

2