# PART 1 OF 2

<u>EXHIBITS A-E</u> ATTACHED TO THE DECLARATION
OF DENISE CARSON IN SUPPORT OF DEFENDANTS
ESIS, INC., AND ACE AMERICAN INSURANCE
COMPANY'S MOTION TO COMPEL ARBITRATION

<u>ABRAHIM V. ESIS, INC., ACE AMERICAN</u>
INSURANCE COMPANY
CASE NUMBER:  C07-4014 JCS

<u>EXHIBIT A</u> ATTACHED TO THE DECLARATION OF
DENISE CARSON IN SUPPORT OF DEFENDANTS
ESIS, INC., AND ACE AMERICAN INSURANCE
COMPANY'S MOTION TO COMPEL ARBITRATION

<u>ABRAHIM V. ESIS, INC., ACE AMERICAN</u>
INSURANCE COMPANY
CASE NUMBER:  C07-4014 JCS



**CIGNA** Property
& Casualty

39300 Civic Center Drive
Suite 300
P.O. Box 5025
Fremont, CA 94537
Telephone 510.790.4600
Facsimile 510.790.4631

This is to acknowledge that I have received a copy of
CIGNA Property & Casualty Division Employment Dispute
Mediation/Arbitration Policy.  I will take the time to
review the material contained in it.

Signature  *Maria Abrahim*

Date  11-09-94

<u>EXHIBIT B</u> ATTACHED TO THE DECLARATION OF
DENISE CARSON IN SUPPORT OF DEFENDANTS
ESIS, INC., AND ACE AMERICAN INSURANCE
COMPANY'S MOTION TO COMPEL ARBITRATION

<u>ABRAHIM V. ESIS, INC., ACE AMERICAN</u>
INSURANCE COMPANY
CASE NUMBER:  C07-4014 JCS



YOU AND CIGNA

Employee Programs
Services and Facilities

# YOU AND CIGNA

## TABLE OF CONTENTS

This handbook applies to all U.S. based regular full-time and regular part-time employees of the CIGNA companies identified on the last page of that handbook. This handbook contains important information about your contract of employment as well as policies and programs that relate to you in your work at CIGNA, and about benefits for which you may be eligible. *The terms of your employment mentioned in this Handbook are legally binding, and you may wish to review these terms with your legal counsel.*

Policies, programs and benefit plans in effect for the Company which employs you will apply in any particular situation. The policies and programs are provided to your manager or supervisor who will provide information to you about the details of these policies and programs. Descriptions and information about benefit plans are usually distributed directly to you at your home or at your work location. The plans, not this handbook, control your benefits. As circumstances and competitive conditions change, CIGNA reserves the right to change any or all of such policies, programs and benefit plans in whole or in part at any time, with or without notice to you. There are no benefit entitlement to which you have vested rights (including the right to claim in arbitration which has been started) as of the date of the change will not be taken away as a result of any change.

This handbook contains only two terms of your employment. They are very important. The first is that your employment is not for any fixed period of time. Just as you can terminate your employment at any time for any reason, the Company can terminate your employment at any time for any reason. The second is that by accepting employment and being eligible to receive increases in compensation and other benefits, you agree that you will not go to court or a government agency for a hearing to decide an employment-related claim. Instead, you will resolve all employment related legal disputes (except workers' compensation and unemployment compensation) by going to a neutral third party arbitrator. Regardless of what anyone may have told you or you may have read before you were hired or after, these two terms of your employment are the full and complete agreement between you and the Company concerning these terms and cannot be changed except by a written agreement between you and your employer signed by the President of the Company.

*The terms "CIGNA" and "CIGNA companies" as used throughout this handbook mean CIGNA Corporation and/or its subsidiaries. CIGNA Corporation owns the subsidiaries for which most employers work. The term "the Company" means the particular CIGNA subsidiary employing you.*

THE CIGNA VISION ............................................................ vi

CIGNA A BUSINESS OF CLASS .......................................... 1

A. YOUR JOB AND OPPORTUNITIES

1. YOU ARE TRULY SIGNIFICANT
2. AFFIRMATIVE ACTION/EQUAL EMPLOYMENT OPPORTUNITY
   Policy Statement
   Harassment
3. EMPLOYEE CLASSIFICATIONS
   Regular Full-Time and Regular Part-Time Employees
   Other Classifications
4. ATTENDANCE
   Work Hours
   Attendance Policy
   Absence/Lateness Notification
5. PERFORMANCE MANAGEMENT
   Common Bleaming
   Promotion/Transfers
6. JOB OPPORTUNITIES PROGRAM
7. EDUCATION AND TRAINING PROGRAMS
   Introduction
   Educational Advancement Program
   External Training Programs
8. OTHER OPPORTUNITIES

B. YOUR PAY & BENEFITS

1. THE COMPENSATION PROGRAM .................................. 11
   Overview
   Position Description and Evaluation
   Salary Ranges
   Merit Increase
   Promotion Increase
   Performance Recognition
   Management Incentive Program (MIP) ............................ 12

**B. YOUR PAY & BENEFITS cont.**
1. Your Paycheck ... 15
2. Paydays and Pay Periods ... 15
   Direct Deposit
3. Overtime ... 16
4. Shift Differential ... 17
5. Your Benefits Program ... 17
6. Benefit Requisition ... 17
7. Special Requisition Programs

**C. BALANCING WORK AND LIFE ... 19**
1. Life Balance ... 20
2. Resource and Referral ... 20
3. Child Care Discounts ... 21
4. Adoption Expense Reimbursement Program ... 21
5. Flexible Work Arrangements

**D. TIME AWAY FROM WORK ... 23**
1. Anytime Because of Illness or Injury ... 24
2. Vacation ... 24
3. Holidays ... 25
4. Paid Leave of Absence ... 25
5. Family Medical Leave Policy ... 26
6. Leaves Without Pay

**E. WORKING TOGETHER ... 27**
1. Employee Relations ... 28
   Communication
   Third Party Intervention
2. Employment Dispute Resolution Program ... 30
   Internal
   External
3. Employee Assistance Program (EAP) ... 31
4. Volunteer Initiatives ... 31
5. Employee Suggestion Plan (ESP) ... 32
6. Talent Scout ... 32

**F. WORKING TOGETHER cont.**
7. Inspection Process ... 31
7. Personal Conduct on the Job ... 31
   a. Personal Appearance
   b. Personal Mail/Personal Telephone Calls
9. Grooming or Personal Data ... 32
10. Privacy Policy and Employee Records ... 32
   Policy Statement
   Employee Records
   Medical Claim Information
11. Business Ethics and Practices ... 34
   Policy Statement
12. Government Contracts and Outside Liabilities ... 37
   Policy Statement
13. Kickback and Gratuities ... 37
   Policy Statement
14. Using Company Electronic Networks ... 38
   Policy Statement
15. Proprietary Company Information That Is Stored on Its Electronic Networks ... 38
   Policy Statement
   The Five Security Actions Every Employee Must Take
16. Non-Solicitation Policy ... 40
   Policy Statement
   Definitions
17. Drug-Free Policy ... 41
18. Use or Possession of Alcoholic Beverages ... 41
   Program Statement
19. Help for Alcohol-Related Problems ... 42
   Alcohol Consumption at Company-Sponsored Events ... 43
   Position Statement
   Guidelines
20. Illegal Drugs ... 44
   Program Statement
   Drug-Free Workplace Act
   Help for Drug-Related Problems ... 45
21. Drug and Alcohol Testing ... 45
   Program Statement

# THE CIGNA VISION

*At CIGNA, we intend to be the best at helping our customers enhance and extend their lives, and protect their financial security. Satisfying customers is the key to being able to meet employee needs and shareholder expectations, and will enable CIGNA to build on our reputation as a financially strong and highly respected company.*

*We believe:*

- *Providing the customer with products and services they value more than those of our competitors is critical to our success;*

- *Talented, well-trained, committed and mutually supportive people – working to the highest standards of performance and integrity – are what make success possible;*

- *The profitable growth of our businesses makes career opportunities and personal growth possible and,*

- *Profitability is the ultimate measure of our success.*

22. Seminars ........................................... 46
23. Employee Conduct That May Result In Discharge ... 47
24. Other Reasons For Discharge ...................... 48

F. YOU AND YOUR WORK ENVIRONMENT ................... 49
1. Communications .................................. 50
2. Safety and Security ............................. 50
   Overview
   Personal Identification
   Emergency/Early Closing
3. CIGNA Security Services Policy .................. 51
   Policy Statement
   Definitions
4. Workplace Violence .............................. 52
   Policy Statement
   Definitions
5. Workplace Violence .............................. 53
   Partial Statement
6. Personal Property .............................. 54
7. Office Property ................................ 54
8. Environmental Philosophy ....................... 54
   Philosophy Statement

G. YOU AND THE COMMUNITY .......................... 55
1. CIGNA Contributions and Civic Affairs .......... 56
   Grants for Givers
   Employee Volunteer Awards Program
   Matching Grant Program

H. IF YOU LEAVE US ................................ 59
1. Termination Procedures ......................... 60
2. Benefits at Termination ........................ 60

APPENDIX — Business Ethics and Practices Policy ...... 61

INDEX & Miscellaneous ............................... 71

# E. WORKING TOGETHER

## 1. EMPLOYEE RELATIONS

CIGNA strives to treat its employees fairly and equitably.

**Documentation**

A good manager maintains appropriate documentation concerning employment-related decisions and actions and clearly communicates those decisions and actions to affected employees. CIGNA maintains formal methods for employees to bring employment-related problems or concerns to the attention of management.

CIGNA strongly believes that third party intervention into dealings between management and its employees is not in the best interests of either its employees or CIGNA. CIGNA will directly oppose, within the boundaries of the law, any attempt through third party intervention to limit an individual employer's right to deal directly with management.

CIGNA's human resources staff, with support from CIGNA's counsel, develop procedures and practices to maintain a positive working environment, to encourage communication between employees and management, to resolve employment-related problems and to deal with third party intervention.

**Third Party Intervention**

"Third party intervention" means an attempt or any other activity by an organization which may lead to a third party representing CIGNA company employees to CIGNA management, particularly where such representation involves wages, benefits or working conditions. Typically, these attempts are made by labor organizations or unions, but they may also be made by professional association, external and social pressure groups or internal employee groups.

## 2. EMPLOYMENT DISPUTE RESOLUTION PROGRAM

To help CIGNA maintain a positive work environment, the Employment Dispute Resolution Program was developed. This program consists of three processes which are mandatory and were designed to provide employees with an effective arena for resolving work-related conflicts while improving the lines of communication. The two internal processes and one external process are summarized below.

**Internal**

◆ **Speak Easy Process** — The Speak Easy Process is comprised of three phases. Phase I encourages an employee to discuss concerns directly with his or her manager. If the issue cannot be resolved at this level, Phase II provides for a review of issues to be conducted and/or managed by the Division Speak Easy Coordinator. Should the issue not be resolved at Phase II, the employee can request Phase III, by sending a report to the division head. A representative of the division head will coordinate the investigation and resolution. Please see the Speak Easy form (which may be obtained from your human resources representative) for instructions.

◆ **Peer Review Process** — The Peer Review Process features a panel of employees to listen to the facts and witnesses concerning a complaint and render an impartial decision. As an alternative, the employee may choose to have a division head review as the final step. This process is limited to issues that fall within the scope of the Peer Review Process including interpretation or application of company, divisional, departmental or unit policies, work rules and established practices. The Peer Review panel cannot change policy, work rules or practices, pay levels, work schedules, performance appraisals or specific business decisions nor grant monetary relief.

Step I enables the employee to address the issue with his or her immediate supervisor. If the employee is not satisfied with the outcome, Step II allows the employee to have his or her concern reviewed by the next level of supervision. If the employee disagrees with the Step II decision, in Step III, he or she may appeal to either the division head or a Peer Review panel. The Peer Review panel consists of five (5) trained panelists including supervisory, exempt and non-exempt employees. Three of the panelists will be employees in the same category as the employee requesting the peer review (for example, non-exempt employees). The Step III decision is final and binding on the employee. Please see the Employment Dispute Resolution Program (which may be obtained from your human resources representative) for more details.

# E. WORKING TOGETHER

An employee can use either the Speak Easy or the Peer Review Process as the internal step in resolving an issue. An employee may not use both processes.

**Arbitration**

• Arbitration — If an employee is not satisfied with the result of either the Speak Easy Process or the Peer Review Process, and the issue falls under the scope of the Arbitration Policy, he or she may request arbitration, which is the last step of the Employment Dispute Resolution Program. The Arbitration Policy was designed as a faster, less expensive substitute for going to court. Mutual promises by both the employee and the employer to arbitrate employment related legal claims is a term and condition of an employee's employment. Arbitration must be used rather than going to court to enforce legal rights and claims (or going to a government agency which in some states acts like a court in judging claims).

The agreement to arbitrate applies to serious employment-related disagreements and problems, which are those that concern a right, privilege, or interest recognized by applicable law. Such serious disputes include claims, demands, or actions under Title VII of the Civil Rights Act of 1964, the Civil Rights Act of 1866, the Civil Rights Act of 1991, the Equal Pay Act, the Age Discrimination in Employment Act, the Employee Retirement Security Act of 1974, the Fair Labor Standards Act, the Rehabilitation Act of 1973, the Americans with Disabilities Act, the Family and Medical Leave Act, and any other federal, state, or local statute, regulation, or common law doctrine, regarding employment discrimination, conditions of employment, or termination of employment, if the law in the state in which an employee works provides for a government agency hearing to decide questions of law related employment discrimination claims, then the agreement of the employee and the employee is that arbitration must be used instead of a government agency hearing to decide the claim or going to court and having a jury.

Arbitration is conducted by a neutral third party who is an expert in employment matters and it is administered by the American Arbitration Association (AAA). Except for a filing fee, the costs of the arbitration will be paid by the Company unless the employee wants to share in the costs.

The employee and the Company agree to be bound by the decision made by the external, neutral arbitrator. The arbitrator chosen by the employee and employer in accordance with the employer's arbitration rules and procedures will be the sole and exclusive judge of the proper interpretation of the agreement of the parties as well as the proper interpretation of the arbitration process. The arbitrator will have all of the powers of a judge hearing the dispute would have so that the significant differences between going to arbitration and going to court are that the process will be much faster, less expensive and there will be no jury.

To begin the Arbitration process, an employee should submit a demand for arbitration to the Corporate Employee Relations Department within 30 calendar days after receiving the Peer Review Step III or Speak Easy Phase III decision. The Arbitration Rules and Procedures can be obtained through your local human resources representative.

For further information regarding any of the above processes, please see your local human resources representative.

2. **EMPLOYEE ASSISTANCE PROGRAM (EAP)**

CIGNA's Employee Assistance Program is a confidential assessment and referral program staffed by MCC Behavioral Care, Inc. professionals. If you have a personal problem that is untreated or is affecting your work performance, you may use the Employee Assistance Program (EAP). The EAP is also available to supervisors for workplace issues as well as crisis intervention. The program may be used by family members whose problems may also have an adverse effect on you and your work. Retired employees may also use the program.

<u>EXHIBIT C</u> ATTACHED TO THE DECLARATION OF
DENISE CARSON IN SUPPORT OF DEFENDANTS
ESIS, INC., AND ACE AMERICAN INSURANCE
COMPANY'S MOTION TO COMPEL ARBITRATION

<u>ABRAHIM V. ESIS, INC., ACE AMERICAN</u>
INSURANCE COMPANY
CASE NUMBER:  C07-4014 JCS

# ACE TRANSITION — WHAT TO EXPECT

| Issue | What's Been Decided | What You Need to Do |
|---|---|---|
| Charitable Contributions — Matching Gifts | In July, CIGNA will process all applications received from January through June 1999.<br><br>After the closing, an ACE USA Charitable Contributions and Matching Gifts program goes into effect. | Specific details on the ACE program will be forwarded to all employees in the coming months.<br><br>Until then, employees should contact their Human Resources representative for matching gift forms or for additional program information. |
| Dispute Resolution | ACE USA will continue to offer a dispute resolution program to employees. The program will include two components of the current program — SpeakEasy and Arbitration/Mediation. The Peer Review program will not continue. | Nothing at this time. |
| Educational Reimbursement | There will be no interruptions in the professional education reimbursement program. CIGNA Corporate will administer reimbursements through the close of the first summer session for courses in progress at the time of the closing date. ACE USA Training will assume responsibility for the process in late July. | Beginning with the Summer '99 semester, requests for professional education and tuition aid reimbursement should be forwarded to Val Thomas, ACE Training, TL05A. To request a reimbursement, complete the educational reimbursement form entitled ACE/ERP accessible through JetForm. If you are unable to access the form, contact Val Thomas at 215-761-3833. |
| Employee Assistance Program | The current Employee Assistance Program (EAP) will remain in place through 1999. | Nothing at this time. |
| Employee Association | The Delaware Valley and Hartford Employee Activities Clubs will continue. | Look for information from the clubs about upcoming activities and enrollment. |

1

# ACE TRANSITION — WHAT TO EXPECT

| Issue | What's Been Decided | What You Need to Do |
|---|---|---|
| **Employee Handbook (policies and practices)** | Most Human Resources policies and programs that apply to CIGNA employees will apply to ACE employees, with a few exceptions. An updated ACE employee handbook will be distributed at a later date. | If you have any questions regarding ACE USA corporate policies, contact your manager or human resources representative. |
| **Employee Referrals (TalentScout Program)** | ACE will develop an employee referral program going forward. Details will be forwarded at a later date. | Nothing at this time |
| **Employee Suggestion Program** | ACE employees are not eligible to participate in the CIGNA Employee Suggestion Program (ESP) past Day One. ACE USA is currently considering a similar program, but has not made a final decision. | Nothing at this time |
| **Job Posting** | ACE is currently working with several vendors to develop a job posting system. For the short-term, information on available jobs in ACE will be communicated by e-mail. | Nothing at this time |
| **LifeBalance Resources** | ACE employees will be able to access LifeBalance Resources for work/family information and advice through the end of 1999. ACE will make a decision on this program for 2000 and beyond. | Nothing at this time. |
| **Medical Facility — Philadelphia** | ACE employees will continue to have access to the medical services available through the medical facility in Two Liberty Place. | Nothing at this time. |

# ACE TRANSITION — WHAT TO EXPECT

| Issue | What's Been Decided | What You Need to Do |
|---|---|---|
| **Parking Discount — Philadelphia** | ACE will continue the discount-parking program available to employees working in Philadelphia's Two Liberty Place. There will be no change in procedures. | Nothing at this time. |
| **Pre-Employment Testing** | ACE will continue to use CIGNA's existing vendors for background checks and drug/alcohol testing of potential employees. Any future changes to the process will be communicated to managers and human resources representatives. | Nothing at this time. |
| **Quarter Century Club** | While ACE employees' affiliation with CIGNA's Quarter Century Club officially ended at the time of the sale, current participants may still participate in dinners and social functions going forward. | Nothing at this time. |
| **Recruiting** | An ACE Staffing Unit has been established. CIGNA Staffing Services will not provide services to ACE. | Nothing at this time. |
| **Rehired Retirees Program** | Employees who were part of the CIGNA Encore Program on or before January 12, 1999 and were working for CIGNA P&C had the choice to stay with CIGNA or transfer to ACE. Those who chose to move to ACE will continue working in their current department and at their current schedule. (Current CIGNA employees cannot retire from CIGNA and join ACE under its rehired retiree program.) | Nothing at this time. |

# ACE TRANSITION — WHAT TO EXPECT

| Issue | What's Been Decided | What You Need to Do |
|---|---|---|
| **Service Recognition Program** | The current service recognition program will continue through September 1999. Employees celebrating milestone anniversaries from closing to September 30 will receive their award through CIGNA and an acknowledgment from ACE. After the ACE program formally begins on October 1, employees will receive their award and acknowledgment from ACE. | Nothing at this time. |
| **Temporary Staffing** | Contracts have been worked out to continue using the services of Kelly Services and Romac International. | Continue to coordinate with your Human Resources representative to arrange for temporary staffing services. |
| **Technology Training** | Technology training will still be available through COMP USA, but with one change: Before being approved for an external class, ACE employees must complete the Office '97 LAN-based training. | To sign up for COMP USA classes or other external technology training classes, complete the ACE/Technology Training Registration Form, accessible through Jetforms, or contact Donna Sudler, ACE USA Training, TL5A, 215-761-3832. For systems programming/architecture training approval or information, contact Sonya Weigle, ACE Human Resources, at 215-761-5244. |
| **Training and Development** | There will be no immediate changes in training programs. All current programs will become the responsibility of ACE Training. Programs offered through CIGNA Corporate Training will not be available to ACE employees. | If you have specific questions about a training program, call Russ Rado, ACE USA Training, at 215-761-3809, or contact your Human Resources representative. |

4

# ACE TRANSITION — WHAT TO EXPECT

| Issue | What's Been Decided | What You Need to Do |
|-------|---------------------|---------------------|
| Wellness Programs | ACE employees are not eligible to attend Working Well seminars sponsored by CIGNA.<br><br>ACE employees currently using the on-site lactation program can continue to participate. Details on long-term plans for the program will follow. | ACE employees seeking wellness information can contact LifeBalance Resources. |

5

EXHIBIT D ATTACHED TO THE DECLARATION OF
DENISE CARSON IN SUPPORT OF DEFENDANTS
ESIS, INC., AND ACE AMERICAN INSURANCE
COMPANY'S MOTION TO COMPEL ARBITRATION

ABRAHIM V. ESIS, INC., ACE AMERICAN
INSURANCE COMPANY
CASE NUMBER:  C07-4014 JCS

**Ferrara, Carla L     TL06D**

| | |
|---|---|
| **From:** | Ferrara, Carla L     TL06D |
| **Sent:** | Thursday, July 08, 1999 1:19 PM |
| **To:** | Aiwasian, Deborah Ann; Asher, Gary; Barak, Terrence; Barrett, Joseph; Baughman, Mich Berman, Alan; Boccella, Michael; Cohn, William; Crowe, David; Curran, Joseph; Depace, Gerard; Dreyer, Scott; Elie, Joseph; Fannan, John; Fox, Brian; Frost, Kathryn; Glowacki, John; Goldfarb, Daniel; Grabler, Michael; Gunby, Dean; Hackett, John; Hansler, Mark; Harowitz, Linda; Heppard, Jeffrey; Hochman, Jerrald; Jinks, Thomas; Jozefowicz, Beth; Keener, Cynthia; Korn, Alan; La Force, Norman; Lemke, Lizbeth; Lloyd, James; Lynch, Thomas; Mahoney, Brian; Marbrey, Janetta; Marino, Jeanne; McAbee, Carolyn; McHugh, Edward; McMillian, Adare; Mcmillan, Richard; McNamara, Patricia; Millman, Craig; Napierkowski, Edward; Nathanson, Lawrence; Nesselquist, Edward; Orlando, Michael; Pagones, Peter; Park, Seth; Previte, Alice; Racciatti, Lorraine; Robbins, Mark; Rome, Gar Sharpell, Marilena; Shine, Patrick; Siegal, Martin; Soffientini, Robert; Strugatz, Charles; Tamaddon, Ray; Trbovich, Ned |
| **Subject:** | Transition to ACE -- What You Need to Know |

CE Transition chart - ACE Q&A - final.doc
final.d...

---

TO:  ACE INA Management Cascade

The attachments contain a compilation of updates and information on a wide range of post-closing issues related to the ACE transition.  The information in these documents -- one a comprehensive reference chart; the other containing ans to common questions -- applies primarily to ACE USA staff and U.S.-based employees of ACE International.  This information will be available to all employees via the ACE INA intranet (http://home.pc.cigna.com) starting tomorrow.

Please feel free to forward this communication to all employees in your organization and encourage them to rely on the ACE Intranet for the latest news and information.  For those in your organization without e-mail, please share printed copies of the attachments to help ensure everyone has access to this important information.

If you have any problems with any the attachments, please contact ACE USA Communications at 215-761-4744.  Than

1

<u>EXHIBIT E</u> ATTACHED TO THE DECLARATION OF
DENISE CARSON IN SUPPORT OF DEFENDANTS
ESIS, INC., AND ACE AMERICAN INSURANCE
COMPANY'S MOTION TO COMPEL ARBITRATION

<u>ABRAHIM V. ESIS, INC., ACE AMERICAN</u>
INSURANCE COMPANY
CASE NUMBER:  C07-4014 JCS

**From:** Ferrara, Carla L TL06D
**Sent:** Monday, February 21, 2000 9:47 AM
**To:** Ables, Jr., Joseph; Abramski, Robert A TL32D; Adams, Rick TL27A; Adams, Ronald E TL30D; 'Andrighetto, Dean'; Applegate, Lisa B 1275; Barnes, Chris E TL20M; Bazaar, Kenneth TL33H; Becker, Allan R TL33A; Bens, Patricia A. TL33D; Betzler, jr, Richard F. TL13A; Blodgett, Verne E TL21F; Boyk, Larry R TL31; Boyle, Susan M TL06G; Bresch, Nellie TLP; Brookes, Robert J TL21F; 'Burkett, William'; 'Carey, Randy'; Carson, Denise R TL06G; Cassidy, Jeff TL31W; Chapman, Robert D TL34J; Clark, Dave R TL32; Cole, Bill W TL32C; Corrigan, Michael S. TL31X; Cossetti, Diana 1740; Cupp, Samuel B TL31; Curcio, William N. TL32; Daly, Michael J TL44D; Decker, Rich R TL34E; Dennison, Steve D 1060; DiFelice, Victor P TL30B; 'dinsdale, Steve'; Donius, Laura M TL32D; Dowd, Brian TLP32D; Dowe Sr., Robert; Duda, Diane M TL34A; Durkin, Mike MMQE; 'Edack, John'; Edmonds, John S TL32B; 'Eisler, Bruce'; Engel, James D TL44D; English, James TL56; Fabiitti, Catherine TL32C; Fazzie, Gene C TL19E; Feldman, Stephen M. TL51G; Fendya, James TL31W; Ferrara, Carla L TL31D; 'Fetherston, Shaun'; Fillippo, John D TL30D; Firestone, Susan H TL18D; Fisher, Richard S TL52K; Floyd, Bertina W 1275; Franklin, Rich C TL30D; Frederico, Dominic TL56B; Gaffney, Bob TL34N; Garrigan, Bill TL14A; Garvais, Donald F TL52L; Garvey, Francis E TL50; Gentleman, Marty; Giarrusso, Bob J. TL33B; Gibney, Edward J TL44E; Gieryn, Rick TL21J; Gold, David R TL44D; Gordon, Karen; Guthrie, Brian; Hagan, AnnMarie T TL14D; Haley, Dan E TL32H; Herman, James B TL21E; Hicks, Karen TL28F; Hicks, Lisa X TL31D; Hightower, Gary E 7035; Hitchcock, Ted K TL06H; Hosmer, Barbara D TL30L; Iacovelli, Louis TL34G; Jefferson, Bob ACE Exec TL56C; 'Johnson, Wendy Davis'; 'Jones, Bruce'; Jovinelly, Edward TL31A; Jungreis, William TL33B; Kautter, William J. TL20E; Keidat, Edward E TL05E; Kelley, Judy TL06C; Knauer, Paul R TL32C; 'Kramer, Don'; Kwiatkowski, Judy TL31C; 'Landi, Craig'; Lefkowitz, Jay 1720; Liuzzi, Joseph R TL44D; MacKinnon, Andrew M 1275; Madden, Pamela S TL20K; 'Maner, Carlton'; Marchesani, Trish; Mcardle, Kevin J TL50J; Mccracken, Kevin TL18A; McDowell, Edmund F TL52G; Mcnamee, Francis J TL31E; Miles, Jo Ann J TL32J; Miller, G. Kent TL31J; Miller, KMike 9125; Mintz, Joanne TL05E; Moeggenberg, Jeffrey TL32S; 'Morrisson, Kathleen'; Mulcrone, Kevin D TL20; Mulligan, George D TL21G; Murad, John A. TL34K; Nield, Lawrence C TL31E; Nyman, Craig A. TL14G; O'Connor, Peter C TL56; Omahne, Robert; Orzell, Frank R TL35K;

Ota, Ed K TL21F; Ottino, John A TL31E; Pena, Ric A 1135; Platow, Alan R TL31; 'Portwood, Bob'; Rado, Russell N TL35J; Rauen, Paul T. TL52H; Reding, Dennis ; Reynolds, Lawrence E TL06H; Rice, Cheryl TL50J; Riegler, Kenneth J 1475; Robbin, Ira TL33A; Robertson, Al M TL27B; Robinson, Barbara TL20M; Rowe, Thomas J; 'Runyon, Thom'; Rutter, Liz TL31D; zzzSalley, Roy E TL34L; Samuel, David 1060; 'Sanderson, Allan'; 'Sansone, Dominic'; 'Schmaltz, Bill'; Schultze, Mark E TL30A; Siegle, William M TL56A; Skapof, William E 1275; Smith, Joseph P TL52J; Sohl, Ralph H TL31W; Sothern, Karen V 1475; Sowell, Willie O TL31F; Stallard, James TL44D; Sun, David S TL52H; Takahashi, Joy Y TL33N; Thomas, Tamrah G TL30L; Tortorella, Tony F TL31E; Trainor, Ginny E TL31E; Trischetta, Elaine Midtown NY; Trotti, Joseph; 'Turner, Marshall'; 'Vivori, Marc'; Wagner, Keith J TL21K; Walton, Patrick M TL32E; Wandler, Valerie R TL06H; Warner, Jerry C. TL52L; Weidenborner, Janice R TL32J; Weigle, Sonya W TL06J; Werner, Robert L TL30D; 'White, Melissa'; 'Wilson, Helen'; Wisniewski, David J TL50J; Woodward, Susan A TL34K; Yesner, Les TL14A; Zaccaria, Ed TL32B

Cc: Aha, Anne M TL30L; Schaffer, Eva C TL32E; 'Allen, Claudette'; Aron, Chris M TL18C; Batezel, Chris TL34P; Bell, Jeanne TL32C; zzzBento, Linda TLP56; Davis, Lillian TLP44D; Brough, Barbara A TL44D; Buonadonna, Maria J TL50J; Burns, Marlene C TL20; Caldwell, Gerry E TL31G; Campbell, Maureen; Cerbone, Lorie M TL52K; Christy, Valerie A TL52G; Cilluffo, Jeannie M 1740; Crossett, Virginia M TL14G; Curran, Alice S TL34J; Davis, Deborah E TL21F; DeLosReyes, Alena A TL06J; Delzingaro, Eileen J TL34G; Devose, Paulette TL21N; Di Simone, Patricia A TL32A; DiGerolamo, Cynthia TL44D; DiPietroantonio, Karen P TL31W; Donnelly, Diane L TL21P; 'Evans, Lori'; Everest, Martha D 1275; Faulstick, Carole L TL18D; Ferretti, Lisa TL56A; Fleming, Judith E TL31N; Francis, Rohan R TL16E; Garnier, Pat TL56; Gillespie, Rita M 1275; Giordano, Cathy TL33N; Goldfarb, Debbie X TL31N; Griffiths, Shannon TL31D; Gurley, Evelyn C TL30D; 'Hayes, Patricia'; 'Hinds, Donna Mae'; Hornyak, Cheryl TL30D; Jenkins, Charisse TL52H; Jennings, Edna E TL33A; Kaiser, Teresa M TL56C; Langan, Eleanor M TL30B; 'Le Henaff, Francoise'; Lee, Elaine; Leslie, Kimberly A 1325; 'Lobue, Susan'; Lock, Kathy MMQE; 'Luna, Gina'; Marano, Debra M TL52F; Marshall, Frances; Mc Keough, Maureen E TL14B; Mcdonough, Rosemary A TL56A; McEnery, Catherine; Mckoy, Estrianna E TL32D; McLaughlin, Kathleen E TL32B; 'McNamara, Kathy'; Midgette, Barbara F TL20M; Miller, Lois; Montero, Vanessa TL20N; Morrill, Marie C TL20K; Murphy, Marlene A TL34N; Neidhart, Bridget M TL31F; Okenquist, Catherine M TL30D; Orr, Lois A 7035; Painter, Christina TL06G; 'Peetz, Beth'; Perez, Nyvette TL20G; Pringle, Karen D TL32J; Rademan, Patricia A TL06K; 'Riemenschneider, Lauri'; Rogers, Sandy L TL34K; Routzahn, Denise; Salvatore, Andrea M TL32; Saxton, Mary Z TL19E; Sindaco, Mary C TL21J; Smith, Ginny F TL21F; Tarter, Marge M 1720; Thomas, Valerie D TL35J; Thompson, Crystal D 1385; 'Thurman, Kim'; Tirri, Kathleen TL33B; Vance, Karen E TL06H; Wagner, Cindy; Walker, Sharon O TL31S; Watts, Lavette F TL27A; Wick, Isabelle M TL13A; Yelverton, Denise C TL30A; Zarzycki, Joan X TL14G; 'Zummo, Marilyn'

**Subject:** ACE Employee Guide Now Online
**Importance:** High

To:    ACE USA Management Cascade

From:  Denise Carson, Assistant Vice President, Human Resources

Date:  February 21, 2000

Re: ACE Employee Guide Now Online - Employee Announcement

Shortly, we will be introducing the new ACE Employee Guide on ACE eDesk. The following announcement will be sent to all ACE-INA employees. This online guide replaces the traditional printed employee handbook and the Human Resource Manual, and it contains a greater level of detail about ACE's programs and policies

**You have a role to play in the introduction of the Employee Guide. Note that in the announcement, we ask all employees to fill out a form acknowledging that they have received the guide and that they agree to review and abide by its policies and programs. Please stress to your staff the importance of reviewing the guide and make arrangements to collect completed forms within approximately two weeks. Then, work with your Human Resources representative to ensure that each form is placed in the appropriate personnel file.**

There is also a **Management Section** to the guide that provides additional information for your use. This section is password protected. Please use the following password to access the Management Section.

USER ID:    **ACEMGR**

PASSWORD: **ACEMGR**

**This password should not be shared with non-management employees**. To access the Employee Guide just go to e-desk and click on the words "Employee Guide Online".

If you have any questions about the Employee Guide, please contact your HR representative.

<< File: memo-employee guideA.doc >>

---

This email is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, protected by the attorney/client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.

---