**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ABRAHIM, | No. C 07-04014 (JCS) |
| Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| ESIS INC., ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Defendants' Motion to Compel Arbitration, and Further Case Management Conference, before Magistrate Judge Spero previously noticed for January 18, 2008, at 9:30 a.m., has been reset to **February 1, 2008, at 9:30 a.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Regardless of whether the Court reschedules the hearing date, the opposition memorandum shall be due by **January 4, 2008,** and the reply brief shall be due by **January 11, 2008.** Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: December 17, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _Karen L. Hom_____
Karen L. Hom
Courtroom Deputy