1  MARLENE S. MURACO, Bar No. 154240
   mmuraco@littler.com
2  LITTLER MENDELSON
   A Professional Corporation
3  50 West San Fernando Street
   15th Floor
4  San Jose, CA  95113.2303
   Telephone:    408.998.4150
5

6  Attorneys for Defendants
   ESIS, INC., ACE AMERICAN INSURANCE
   COMPANY
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11  MARIA ABRAHIM,                          Case No.  C07-4014 JCS

12              Plaintiff,                   **NOTICE OF CHANGE OF ADDRESS**

13      v.

14  ESIS, INC., ACE AMERICAN
    INSURANCE COMPANY,,
15

16              Defendants.

17

18          NOTICE IS HEREBY GIVEN to the Court and to Plaintiff and her attorney of record

19  that as of the date of this document, the Law Firm of Littler Mendelson, Attorneys for Defendants

20  ESIS, Inc. and ACE American Insurance Company, has changed its address for service of notices

21  and documents in this case to the following:

22

23          Marlene S. Muraco
            Littler Mendelson
24          50 W. San Fernando St., 15th Floor
            San Jose, CA  95113
25          Telephone:  (408) 998-4150
            Facsimile:  (408) 288-5686
26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA  95113.2303
408.998.4150

(CASE NUMBER: C07-4014 JCS)                    **NOTICE OF CHANGE OF ADDRESS**

1    Please update your records so that all future correspondence and communications will

2  be properly addressed in this case.

3

4  Dated: December 27, 2007

5

6    /S/ MARLENE S. MURACO
    MARLENE S. MURACO
7    LITTLER MENDELSON
    A Professional Corporation
8    Attorneys for Defendants
    ESIS, INC., ACE AMERICAN INSURANCE
9    COMPANY

10

   Firmwide:83896373.1 035894.1044
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA  95113.2303
408.998.4150

(CASE NUMBER: C07-4014 JCS)    2.    **NOTICE OF CHANGE OF ADDRESS**