Constantin V. Roboostoff [69328]
**ROBOOSTOFF & KALKIN**
369 Pine Street, Suite 610
San Francisco, California 94104
Telephone: (415) 732-0282
Facsimile:  (415) 732-0287

Attorneys for Plaintiff
Maria Abrahim

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Abrahim,<br><br>        Plaintiff,<br><br>v.<br><br>ESIS, Inc., Ace American Insurance Company,<br><br>        Defendants. | Case No. C 07-04014 JCS<br><br>**DECLARATION OF CONSTANTIN V. ROBOOSTOFF IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL ARBITRATION**<br><br>Date: February 1, 2008<br>Time: 9:30 a.m.<br>Judge: Judge Joseph C. Spero<br>Dept: Courtroom A, 15th Floor |

I, Constantin V. Roboostoff, declare as follows:

1. I submit this declaration in connection with plaintiff Maria Abrahim's opposition to defendants' motion to compel arbitration. I make this declaration from my personal knowledge of the facts set forth herein, and if called as a witness, I could testify competently hereto.

//

//

---

Declaration of Constantin V. Roboostoff in Opposition to Motion to Compel Arbitration
Case No. C07 4014 JCS

1

2. Attached hereto and marked Exhibit 1 is a true and correct copy of an e-mail from Constantin V. Roboostoff to Marlene S. Muraco, dated November 26, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate.

Dated: January 4, 2008

_/ s / Constantin V. Roboostoff_
Constantin V. Roboostoff

---

Declaration of Constantin V. Roboostoff in Opposition to Motion to Compel Arbitration
Case No. C07 4014 JCS

2



## Constantin Roboostoff

**From:** "Constantin Roboostoff" <cvr1@earthlink.net>
**To:** <mmuraco@littler.com>
**Sent:** Monday, November 26, 2007 2:53 PM
**Subject:** Abrahim v. ESIS, et al

Marlene,

When can I expect to receive defendants' initial disclosures? The Case Management And Pretrial Order states that the parties shall exchange initial disclosures by November 16, 2007.

Thanks,
Constantin

11/30/2007