Constantin V. Roboostoff [69328]
**ROBOOSTOFF & KALKIN**
369 Pine Street, Suite 610
San Francisco, California 94104
Telephone: (415) 732-0282
Facsimile: (415) 732-0287

Attorneys for Plaintiff
Maria Abrahim

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Abrahim, <br><br> Plaintiff, <br><br> v. <br><br> ESIS, Inc., Ace American Insurance Company, <br><br> Defendants. | Case No. C 07-04014 JCS <br><br> **DECLARATION OF MARIA ABRAHIM IN OPPOSITION TO MOTION TO COMPEL ARBITRATION** <br><br> Date: February 1, 2008 <br> Time: 9:30 a.m. <br> Judge: Judge Joseph C. Spero <br> Dept: Courtroom A, 15th Floor |

I, Maria Abrahim, declare as follows:

1. I am the plaintiff in this action. I make this declaration from my personal knowledge of the facts set forth herein, and if called as a witness, I could testify competently hereto.

2. On March 15, 2000, I signed a document entitled "ACE Employee Guide: Receipt and Agreement" ("ACE Employee Guide"), a copy of which is attached hereto as Exhibit A. To my understanding, this was a document all employees were required to sign as a condition of their employment.

---

Declaration of Maria Abrahim in Opposition to Motion to Compel Arbitration
Case No. C07 4014 JCS

1

3. At no time did any of defendants' agents or employees explain to me the provisions in the ACE Employee Guide dealing with employment dispute mediation and arbitration. Nor did anyone ever tell me that I had the option to revise or opt out of the provisions dealing with employment dispute mediation and arbitration.

4. I always understood and was led to believe that signing the ACE Employee Guide was mandatory and a condition of my continued employment with defendants.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed on January 4, 2008, at WestLake Village, California.

*Maria Abrahim*
MARIA ABRAHIM

Declaration of Maria Abrahim in Opposition to Motion to Compel Arbitration
Case No. C07 4014 JCS

2



## ACE EMPLOYEE GUIDE:
## Receipt and Agreement

This is to acknowledge that I have received and will take the time to review the ACE Employee Guide available to me on ACE's intranet site. I agree that it is my responsibility to read the Employee Guide and to understand and abide by the rules, policies, procedures and standards set forth in the Guide.

_Maria Abrahim_
Print Name

_Maria Abrahim_
Signature

_03.15.00_
Date

[To Be Placed in Employee's Personnel File]

*The term "ACE" as used throughout this guide means ACE INA Holdings Inc., ACE US Holdings, Inc., and their subsidiaries. ACE owns the subsidiaries for which most employees work. The term "the Company" means the particular ACE subsidiary that employs you.