1  MARLENE S. MURACO, Bar No. 154240
   mmuraco@littler.com
2  LITTLER MENDELSON
   A Professional Corporation
3  50 West San Fernando Street
   15th Floor
4  San Jose, CA 95113.2303
   Telephone: 408.998.4150
5
   Attorneys for Defendants
6  ESIS, INC., ACE AMERICAN INSURANCE
   COMPANY
7

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10             SAN FRANCISCO DIVISION

11 MARIA ABRAHIM,                    Case No. C07-4014 JCS
12              Plaintiff,           DECLARATION OF DENISE CARSON IN
                                     SUPPORT OF DEFENDANT ESIS, INC.
13      v.                           AND ACE AMERICAN INSURANCE
                                     COMPANY'S REPLY TO PLAINTIFF'S
14 ESIS, INC., ACE AMERICAN          OPPOSITION TO MOTION TO COMPEL
   INSURANCE COMPANY,,               ARBITRATION
15
16              Defendants.
                                     Date:  February 1, 2008
17                                   Time:  9:30 a.m.
                                     Judge: Judge Joseph Spero
18                                   Dept:  Courtroom A, 15th Floor
19

20 ─────────────────────────────

21      I, DENISE CARSON, declare:

22      1.   I submitted a declaration in support of Defendants' motion to compel
23 arbitration of Plaintiff Maria Abrahim's claims in this matter.

24      2.   It has come to my attention that Plaintiff has objected to my declaration on the
25 ground that it did not expressly state that I had personal knowledge of the matters discussed therein.

26      3.   I thought the existence of my personal knowledge was made clearly by virtue of
27 the fact that the matters I addressed were obviously within the scope of my job responsibilities as
28 Assistant Vice-President and then Vice-President of Human Resources for ACE (and, before that,

(CASE NO. C07-4014 JCS)         DEC OF DENISE CARSON ISO REPLY D PLTF'S
                                OPP TO MOTION TO COMPEL ARB.

1  Director of Employee Relations for CIGNA) and by the fact that my declaration, in some cases,
2  addressed actions I had personally taken. However, in order to ensure there is no confusion, I am
3  certifying that I do, in fact, have personal knowledge of all the facts, circumstances and events
4  described in the "DECLARATION OF DENISE CARSON IN SUPPORT OF DEFENDANTS
5  ESIS, INC., AND ACE AMERICAN INSURANCE COMPANY'S MOTION TO COMPEL
6  ARBITRATION," which was filed with the Court on December 14, 2007.
7      I declare under penalty of perjury under the laws of the United States that the
8  foregoing is true and correct to the best of my knowledge and that this Declaration was executed on
9  January 11, 2008, at Philadelphia, Pennsylvania.

*[signature]*
DENISE CARSON

Firmwide:84018784.1 035894.1044

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA 95113-2303
408.998.4150

(CASE NO. C07-4014 JCS)     2.     DEC OF DENISE CARSON ISO REPLY TO PLTF'S OPP TO MOTION TO COMPEL ARB.