1  MARLENE S. MURACO, Bar No. 154240
   mmuraco@littler.com
2  LITTLER MENDELSON
   A Professional Corporation
3  50 West San Fernando Street
   15th Floor
4  San Jose, CA  95113.2303
   Telephone:    408.998.4150
5
   Attorneys for Defendants
6  ESIS, INC., ACE AMERICAN INSURANCE
   COMPANY
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11  MARIA ABRAHIM,                         Case No.  C07-4014 JCS

12          Plaintiff,                     **ERRATA TO DEFENDANT ESIS, INC.
                                           AND ACE AMERICAN INSURANCE
13      v.                                 COMPANY'S REPLY MEMORANDUM
                                           OF POINTS AND AUTHORITIES IN
14  ESIS, INC., ACE AMERICAN               SUPPORT OF THEIR MOTION TO
    INSURANCE COMPANY,,                    COMPEL ARBITRATION**
15
            Defendants.                    Date:   February 1, 2008
16                                         Time:   9:30 a.m.
                                           Judge:  Judge Joseph Spero
17                                         Dept:   Courtroom A, 15th Floor

18

19          TO THE CLERK OF THE ABOVE-ENTITLED COURT:

20          PLEASE TAKE NOTICE that Defendants ESIS, INC. and ACE AMERICAN

21  INSURANCE COMPANY ("Defendants"), hereby attaches a true and correct copy of the Table of

22  Contents and Table of Authorities, as Exhibit A to Defendant Esis, Inc. and Ace American Insurance

23  Company's Reply Memorandum of Points and Authorities in Support of Their Motion to Compel

24  Arbitration, that is linked to the brief that was electronically filed on January 11, 2008.

25  ///

26  ///

27  ///

28  ///

(CASE NUMBER: C07-4014 JCS)                ERRATA TO DEFTS REPLY MPA IN SUPPORT OF
                                           THEIR MOTION TO COMPEL ARBITRATION

1  Dated: January 14, 2008

```
                                    /s/ Marlene Muraco
                                    MARLENE S. MURACO
                                    LITTLER MENDELSON
                                    A Professional Corporation
                                    Attorneys for Defendants
                                    ESIS, INC., ACE AMERICAN INSURANCE
                                    COMPANY
```

Firmwide:84048720.1 035894.1044

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

(CASE NUMBER: C07-4014 JCS)        2.        ERRATA TO DEFTS REPLY MPA IN SUPPORT OF
                                             THEIR MOTION TO COMPEL ARBITRATION

# EXHIBIT "A"
## To Errata to Defendant ESIS, Inc. and ACE American Insurance Company's Reply Memorandum of Points and Authorities in Support of Their Motion to Compel Arbitration

# TABLE OF CONTENTS

PAGE

I. INTRODUCTION .................................................................................................................1

II. ARGUMENT........................................................................................................................1

    A. The Court Should Not Disregard The Declaration Of Denise Carson ........................1

        1. Defendants' Failure To Complete Its Initial Disclosures Was A Harmless Error........................................................................................................1

        2. Ms. Carson's Declaration Is Based Upon Personal Knowledge And Contains Admissible Evidence ..............................................................................4

    B. The ACE Arbitration Agreement Is Not Unconscionable...........................................5

        1. The Agreement's Procedural Unconscionability Is Minimal. ..........................5

        2. Plaintiff Cannot Show That The Agreement Is Substantively Unconscionable ................................................................................................8

        3. Assuming, Arguendo, That The Agreement Contains Improper Provisions, They Are Severable And The Remainder Of The Agreement Must Be Enforced ...............................................................................13

III. CONCLUSION ..................................................................................................................14

(CASE NUMBER: C07-4014 JCS)   i.   DEFTS REPLY MPA ISO MOTION TO COMPEL ARBITRATION

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113 2303
408 998 4150

# TABLE OF AUTHORITIES

PAGE

## CASES

*24 Hour Fitness, Inc. v. Superior Court*,
   66 Cal.App.4th 1199 (1998)..................................................................................8

*Alliance Communs. Techs., Inc. v. AT&T Corp.*,
   2007 U.S. App. LEXIS 15645, 3-4 (9th Cir. 2007).................................................3

*American Software, Inc. v. Ali*
   (1996) 46 Cal.App.4th 1386................................................................................6, 8

*Armendariz v. Foundation Health Psychcare Servs.*,
   (2000) 24 Cal.4th 83.......................................................................................passim

*Brookwood v. Bank of America*,
   45 Cal.App.4th 1667............................................................................................8

*California Grocers Assn. v. Bank of America*,
   (1994) 22 Cal.App.4th 205...................................................................................8

*Circuit City Stores v. Adams*,
   (9th Cir. 2002) 279 F.3d 889...............................................................................13

*Engalla v. Permanente Medical Group, Inc.*,
   (1997) 15 Cal.4th 951............................................................................................5

*Fittante v. Palm Springs Motors*
   (2003) 105 Cal.App.4th 708............................................................................6, 14

*Flores v. Transamerica HomeFirst, Inc.*,
   (2001) 93 Cal.App.4th 846....................................................................................6

*Gentry v. Superior Court*,
   (2007) 42 Cal.4th 443...........................................................................................10

*Graham v. Scissor-Tail, Inc.*,
   (1981) 28 Cal.3d 807.............................................................................................5

*Greyhound Lines, Inc. v. Wade*,
   (8th Cir. 2007) 485 F.3d 1032...............................................................................3

*Ingle v. Circuit City Stores, Inc.*,
   (9th Cir. 2003) 328 F.3d 1165.......................................................................passim

*Jones v. Citigroup, Inc.*,
   (2006) 135 Cal.App.4th 1491................................................................................5

*Kinney v. United HealthCare Services, Inc.*
   (1999) 70 Cal.App.4th 1322..................................................................................6

*Lagatree v. Luce, Forward, Hamilton & Scripps*,
   (1999) 74 Cal.App.4th at 1122-1123.....................................................................6

*Lambright v. Fed. Home Loan Bank of San Francisco*,
   2007 U.S. Dist. LEXIS 91075 (D. Cal. 2007).................................................9, 11

*McManus v. CIBC World Markets Corp.*
   (2003) 109 Cal.App.4th 76.............................................................................6, 13

(CASE NUMBER: C07-4014 JCS)     ii.     DEFTS REPLY MPA ISO MOTION TO COMPEL ARBITRATION

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

# TABLE OF AUTHORITIES
(CONTINUED)

PAGE

*Rowland v. Am. Gen. Fin., Inc.*,
(4th Cir. 2003) 340 F.3d 187 ................................................................................3

*Sheets v. Yamaha Motors Corp.*,
(5th Cir. 1990) 891 F.2d 533 ................................................................................3

*Sinclair v. Servicemaster Co.*,
2007 U.S. Dist. LEXIS 84206 (D. Cal. 2007) ......................................................9

*Smith v. Sara Lee Fresh, Inc.*,
2007 U.S. Dist. LEXIS 94288, 15-16 (D. Cal. 2007) ...........................................9

*Szetela v. Discover Bank*,
97 Cal.App.4th 1094, 1099 (2002), *cert. denied*, 537 U.S. 1226 (2003) .............5

*U.S. Axminster v. Chamberlain*,
176 F.R.D. 532, 533 (D.Miss. 1997) ...................................................................2

### STATUTES

Federal Rule of Civil Procedure 37(c)(1) ......................................................................2, 3

### OTHER AUTHORITIES

6 JAMES WM. MOORE ET AL., MOORE'S FEDERAL PRACTICE, § 37.63 (3d
ed. 1997) ..............................................................................................................2

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA 95113 2303
408 998 4150

(CASE NUMBER: C07-4014 JCS)   iii.   DEFTS REPLY MPA ISO MOTION TO COMPEL ARBITRATION